**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Marc A. Seidner, individually, as an executor of the Estate of Leo Solomon Seidner, deceased, and as a trustee of the Leo Solomon Seidner Administrative Trust,<br>　　　　Defendants. | Case No. 2:21-cv-08527-FWS-AGR<br><br>Order re: Stipulation Notifying the Court of Settlement and Request to Vacate All Deadlines<br><br>No hearing required<br><br>Hon. Fred W. Slaughter |

　　　Based on the parties' Stipulation Notifying the Court of Settlement and Request to Vacate All Deadlines and for good cause shown:

　　　1.　　All deadlines in this case are hereby vacated and as such, the matter is placed on inactive status.

　　　2.　　If this case has not been dismissed with prejudice before November 7, 2022, the parties are ordered to provide this Court with a status update on November 7, 2022.

　　　**IT IS SO ORDERED**.

Dated: May 4, 2022

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

1